**LAW OFFICES OF BRADLEY S. ROTHSCHILD, LLC**
Bradley S. Rothschild, Esq. (BR9628)
One University Plaza, Suite 408
Hackensack, New Jersey 07601
Tel:   (845) 287-0011
Fax:   (845) 684-0036
E-mail: brad@rothschildesq.com
Attorneys for Plaintiff

|  |  |
|---|---|
| MICHAEL CRAM, an individual, d/b/a PACIFIC PRODUCTIONS,<br><br>Plaintiff,<br><br>vs.<br><br>THE FANATIC GROUP, LLC,<br><br>Defendant. | UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY<br><br>DOCKET NO.<br><br>**CIVIL ACTION**<br><br>**COMPLAINT:**<br><br>(1) **INFRINGEMENT OF U.S. PATENT NO. D55,678S UNDER 35 U.S.C. §271(a);**<br>(2) **FEDERAL TRADE DRESS INFRINGEMENT (LANHAM ACT);**<br>(3) **FALSE DESIGNATION OF ORIGIN (LANHAM ACT);**<br>(4) **UNFAIR COMPETITION IN VIOLATION OF NEW JERSEY TRADE-MARKS UNFAIR TRADE PRACTICES STATUTE; AND**<br>(5) **COMMON LAW UNFAIR COMPETITION**<br><br>**(DEMAND FOR JURY TRIAL)** |

## INTRODUCTION

1.      Plaintiff Michael Cram d/b/a/ Pacific Productions  (hereinafter  "Pacific  Productions"),

through its attorneys, asserts causes of action including federal trade dress infringement, false

designation of origin, unfair competition in violation of state law, and common law unfair

1

competition against Defendant, The Fanatic Group, LLC (hereinafter "Defendant"). These causes of action arise from Defendant's continued manufacturing and distributing of confusingly similar products, including a musical pen (the "Musical Pen"), which violate Plaintiff's patent rights, and a bottle opening product (the "Talking Bottle Opener"), which violate Plaintiff's trade dress rights, misrepresents the origin of the goods to the consumer public, and are in violation of unfair competition laws. Defendant has willfully engaged in this patent infringement and trade dress infringement in a blatant attempt to confuse the consuming public despite knowing, or should having known, of Plaintiff's well-known existence in the relevant marketplace. Defendant's intent is to flagrantly misrepresent an affiliation with, and pass its goods off as, the Musical Pen and the Talking Bottle Opener (collectively, ("Plaintiff's Products").

2.      Through this course of conduct, Defendant has committed numerous violations of New Jersey State and Federal law, including (1) infringement of a registered patent No. D55,678S under 35 U.S.C. §271(a); (2) federal trade dress infringement of an unregistered trade dress under the Lanham Act; (3) false designation of origin under the Lanham Act; (4) unfair competition in violation of New Jersey Trade-marks and Unfair Trade Practices Act; and (5) common law unfair competition.

3.      Plaintiff seeks: (i) preliminary and permanent injunctions ordering Defendant to cease all unauthorized use and advertising of the confusingly similar Musical Pens and Talking Bottle Openers; (ii) an order that Defendant pay for and execute corrective advertising of such previous advertising displaying the confusing similar Musical Pens and Talking Bottle Openers; (iii) destruction of all remaining confusingly similar Musical Pens and Talking Bottle Openers by Defendant; and (iv) an award of actual damages, punitive damages, Defendant' s gains and profits, and Attorney's fees in an amount not less than $1,000,000.

## PARTIES

4.     Plaintiff is an individual residing in the state of California, and since 2009 has been doing business under the fictitious business name, Pacific Productions with an address at 44489 Town Center # 489D, Palm Desert, CA 92260.

5.     Upon information and belief, Defendant is a New Jersey limited liability company with its principal place of business at 400 Raritan Center Parkway, Suite E, Edison, NJ 08837.

## NATURE OF ACTION

6.     This civil action for trade dress infringement and unfair competition in which Plaintiff seeks an injunction, monetary damages, and other appropriate relief, arises and is brought under the patent laws of the United States, 35 U.S.C. §§ 1 et seq., the trademark laws of the United States, 15 U.S. C. §1125(a), the laws of the State of New Jersey, and the common law.

## SUBJECT MATTER JURISDICTION

7.     Jurisdiction is based on 28 U.S. C. §1331 (federal question) and §1338(a) (a civil action arising under any act of Congress relating to trademarks), as well as under 35 U.S.C. §§ 1 et seq., and the Lanham Act, 15 U.S.C. §1121(a).

8.     This Court has supplemental jurisdiction over Plaintiff' s claims arising under New Jersey state law pursuant to 28 U.S.C. §1367.

## VENUE

9.     Venue is properly laid in this District of New Jersey pursuant to 28 U.S.C. §1391(b) because the claim of trademark and trade dress infringement by Defendant against Plaintiff arose in this district and Defendant is transacting business within this district.

## BACKGROUND FACTS

10.    Plaintiff is an inventor, designer, and distributor of his own consumer products for the past 20 years.

11.    In or about March 2006, Plaintiff designed a pen (the "Musical Pen"), having a unique and distinctive ornamental and functional design and filed for a design patent. United States Design Patent Number D553,678S (the "Pen Patent"), was issued by the United States Patent Office with an issue date of October 23, 2007.  A true and correct copy of the Pen Patent is attached as **Exhibit B**.

12.    Plaintiff is the owner, inventor, designer, and wholesale seller of the talking bottle opener (defined above as the "Talking Bottle Opener"). An example of Plaintiff's Talking Bottle Opener design is attached hereto as **Exhibit A**.

13.    The Talking Bottle Opener and the Muscial Pen (defined above as "Plaintiff's Products"), are uniquely designed with proprietary subject matter that incorporate electronic, chip-based, sound-activation elements capable of reproducing pre-recorded voices and music.

14.    Since its introduction, Plaintiff's Products have been extremely successful. Plaintiff made licensing deals with: over sixty-one National Collegiate Athletic Association schools, Major League Baseball, the National Association for Stock Car Auto Racing, the National Football League, and movie and television studios to incorporate Plaintiff's Products with their particular logos and sounds.

15.    Plaintiff is the founder and president of Pacific Direct, Inc. a Washington Corporation. Plaintiff handled all the business operations for Plaintiff's Products through Pacific Direct, Inc. from approximately 2001 - 2008. Beginning around 2009, Plaintiff, handled all business operation for Plaintiff's Product under the fictitious business name, Pacific Productions.

4

16.     Plaintiff, while operating Pacific Direct Inc., primarily sold its products to retailers totaling over 11,000 accounts including major retail chains such as: Bed Bath and Beyond, Macy's, Dillard's, and Target.

17.     Between 2001 and 2015, Plaintiff is informed and believes that Plaintiff's Products have sold over 10 million units worldwide.

18.     Plaintiff has invested substantial resources in creating a distinctive design and appearance for Plaintiff's Products and product packaging, and in advertising, promoting, distributing, offering for sale, and/or selling.

### ***THE TALKING BOTTLE OPENER – TRADE DRESS INFRINGEMENT***

19.     When the Talking Bottle Opener was introduced to the market, it was the only item of its kind on sale. In order to protect itself from future competitors, Plaintiff adopted creative and original designs and commenced use of, and continues to use the following but not limited to:

- The original and creative shape of the plastic handle;
- The "C" shape of the metal opener;
- The no—button activation technology;
- The weight and length of the packaging;
- The intentional use of a single solid color on every bottle opener;
- The use and placement of a single licensed image below the speaker holes;
- The original and creative circular design of speaker holes;
- The eight speaker holes, with one in the middle;
- The placement of speaker holes in the middle of the handle;
- The quality of sound;
- The length of time each sound plays;

- The triggering of the sound by pressure on the metal opener;

- "Pacific Direct" and/or "Pacific Productions" warranty on the back of each package.

20.    Taken together, these non-functional, distinctive, original, and arbitrary choices created Plaintiff's protectable trade dress ("Plaintiff's Trade Dress") in the Talking Bottle Opener.

21.    Plaintiff's Trade Dress listed above serves to identify and distinguish Plaintiff's Talking Bottle Opener which includes designs and features that are inherently distinctive and/or have acquired a secondary meaning.

22.    Plaintiff has been continuously selling thousands of units of the Talking Bottle Opener each year since October 2001 while operating Pacific Direct Inc., and also as an individual d/b/a Pacific Productions.

23.    Plaintiff has achieved worldwide fame and notoriety for creating the Talking Bottle Opener. Plaintiff and the Talking Bottle Opener were the subject of the film, "Ingenious" starring two-time Academy Award Nominee, Jeremy Renner, and two-time Screen Actor Guild Nominee, Dallas Roberts. Ingenious is a biographical film about Plaintiff's achievement of the American dream of inventorship and the ultimate worldwide success of the Talking Bottle Opener. During 2009, "Ingenious" was screened around the world during the film festival circuit and appeared at 10 film festivals in cities ranging from Santa Barbara to Jerusalem. In addition, the film was also purchased by Wrecking Hill, with United States distribution by Lionsgate.

24.    "Ingenious" is available throughout the world through streaming on Amazon.com, and also on DVD in various languages. The film has various titles and translations throughout the world such as: "Golpe de Génio" in Brazil, "Ingénieux" in French-Canadian translations, "Une idée de genie" in France, and "Marifetli" in Turkey.

25.    Upon information and belief, Defendant, with actual and/or constructive notice of Plaintiff's Trade Dress and the extensive and continuous use of same, has manufactured, advertised,

distributed in commerce, offered and/or sold products that unlawfully infringe Plaintiff's Trade Dress.

## *THE MUSICAL PEN – PATENT INFRINGEMENT*

26.     When the Musical Pen was introduced to the market, it was the only item of its kind on sale. In order to protect itself from future competitors, Plaintiff secured the Pen Patent for its creative and original designs and commenced use of, and continues to use the following but not limited to:

- The eight speaker holes, with one in the middle;
- The placement of speaker holes in the middle of the handle;
- The original and creative shape of the barrel and ink chamber;
- The weight and length of the packaging;
- The intentional use of a single solid color on every pen;
- The use and placement of a single licensed image on the pen barrel;
- The original and creative design of speaker holes;
- The length of time each sound plays
- The triggering of the sound by pressure on the press-down button design;
- Pacific Direct" and/or "Pacific Productions" warranty on the back of each package.

27.     Upon information and belief, Defendant knew or should have known of Plaintiff's rights in the Pen Patent. At the very least, a reasonable investigation would have revealed that the designs were and are proprietary to Plaintiff.

## *DEFENDANT'S INFRINGMENT*

28.     In and around March 2016, Plaintiff became aware of Defendant's various musical bottle openers and musical pens displaying various sport teams, both professional and on the collegiate

level (collectively, the "Infringing Products"). Images comparing some of the Plaintiff's Products and Trade Dress and some of the Infringing Products are attached hereto as **Exhibit C**.

29.     Plaintiff promptly began to investigate the Infringing Products and quickly discovered that they were practically identical knock-offs of Plaintiff's Products.

30.     Upon information and belief, Defendant offers the Infringing Products both as wholesalers and to retailers. Upon information and belief, Defendant offers the Infringing Products for sale directly from its store and at various conventions it attends and also has an Amazon online store under the name "Fanatic Group."

31.     Upon information and belief, Defendant currently has at least 99 various confusingly similar variations of the Talking Bottle Opener and Musical Pen Infringing Products with over 20,000 individual units on hand.

32.     Upon information and belief, Defendant should have had prior knowledge of Plaintiff's ownership rights over Plaintiff's Products as Plaintiff is well known and has sold over 10 million units of the Products and was the subject of a feature film.

33.     Upon information and belief, Defendant without Plaintiff's license, approval, permission or consent has engaged in the manufacture, advertising, distribution in commerce, offering for sale and/or sale of the Infringing Products.

34.     Upon information and belief, Defendant's actions have been knowing, willful and malicious.

35.     Defendant's use of Plaintiff's Trade Dress deprives Plaintiff of the opportunity to exercise its exclusive right to exploit the substantial goodwill Plaintiff developed in association with the Trade Dress.

36.     Upon information and belief, Defendant's Infringing Products have caused, is causing, and will continue to cause damage to Plaintiff's reputation and goodwill and to the value of Plaintiff's Trade Dress. Plaintiff has no way to control what goods and/or services are sold, or offered for sale, or what goods and/or services Defendant intends to offer, under its use of the Infringing Products. Therefore, the reputation, goodwill, and standards of excellence Plaintiff has worked to achieve will be in jeopardy. Any problems that arise in connection with Defendant's use or intended use of the Infringing Products will negatively and detrimentally impact Plaintiff and the trust Plaintiff has worked to gain among its customers and the consuming public at large.

37.     Furthermore, the Infringing Products are virtually identical to Plaintiff's Trade Dress and has caused actual confusion.

38.     Defendant's infringement of Plaintiff's Pen Patent deprives Plaintiff of the opportunity to exercise its exclusive right to exploit the substantial goodwill Plaintiff developed in association with the Musical Pen.

39.     Plaintiff lacks an adequate remedy at law.

## COUNT I

## INFRINGEMENT OF U.S. PATENT NO. D553,678 S

## (35 U.S.C. §271(a))

40.     Plaintiff repeats and re-alleges the allegations in preceding paragraphs as if set forth fully herein.

41.     Plaintiff is the owner of the Pen Patent.  Plaintiff has complied with the provisions of the United States patent laws at 35 U.S.C. §1 et seq. with respect to that patent.

42.     Plaintiff has not authorized Defendant to make, use, offer for sale, sell, or import product infringing Plaintiff's patents.

43.     Defendant has infringed the Pen Patent by, among other things, making, using, importing, advertising, offering for sale, and selling pens that infringe on Plaintiff's Pen Patent, without Plaintiff's permission or authority.

44.     Plaintiff has suffered damages in an amount subject to proof at trial, but in no event less than a reasonable royalty under 35 U.S.C. §284, at Plaintiff's election.

45.     Upon information and belief, Defendant knew of Plaintiff's exclusive rights in the patented design at the time the infringing activity occurred. Nevertheless, Defendant proceeded knowingly, willfully, and with malicious disregard for Plaintiff's rights to infringe Plaintiff's Pen Patent. Plaintiff is therefore entitled to an amount which is treble the amount of Plaintiff's damages found or assessed and Defendant should not be allowed to take any deductions from their revenue in computing profits which should be disgorged and awarded to Plaintiff.

46.     Pursuant to 35 U.S.C. §289 Plaintiff seeks the additional remedy of Defendant's revenues attributable to its infringement. In addition, Plaintiff seeks an accounting of Defendant's profits, as well as interest in costs.

47.     Based on Defendant's willful infringement, this is an "exceptional" case which entitles Plaintiff to attorney's fees pursuant to 35 U.S.C. §285.

48.     Defendant has caused, and will continue to cause, irreparable injury to Plaintiff by infringement of Plaintiff's Pen Patent.

## COUNT II

## FEDERAL TRADE DRESS INFRINGEMENT

## (15 U.S.C. §1125 (A) )

49.     Plaintiff repeats and re-alleges the allegations in preceding paragraphs as if set forth fully herein.

50.    Since as early as October 2001, Plaintiff continuously used Plaintiff's Trade Dress in international and/or interstate commerce to identify the Talking Bottle Opener and to distinguish it from others. The trade dress described hereinabove, is comprised of distinctive features which are protected under the Lanham Act § 43, as amended, 15 U.S.C. § 1125(a). Plaintiff's Trade Dress is either inherently distinctive or, as a result of its use, has acquired secondary meaning whereby the relevant consuming public and trade associates these features with a single source, Plaintiff.

51.    Upon information and belief, commencing at some time unknown to Plaintiff and continuing for an unknown time, Defendant, without Plaintiff's consent, has manufactured, advertised, offered for sale and/or engaged in the sale and distribution and/or used in commerce of 99 variations of the Infringing Products.

52.    Defendant has without permission, willfully, and with the intention of benefiting from the reputation and good will of Plaintiff, copied each and every detail of Plaintiff's Trade Dress.

53.    Defendant knew or should have known about Plaintiff and Trade Dress as Plaintiff is well known worldwide and has sold over 10 million units of its products.

54.    There is a high likelihood of confusion to consumers between the Talking Bottle Opener and the Infringing Products.

55.    As a consequence, the Infringing Products are likely to deceive, divert and has deceived and diverted customers away from the genuine Talking Bottle Opener/Trade Dress.

56.    The Defendant' s conduct, as alleged in the foregoing paragraphs, constitutes trade dress infringement in violation of Section 43 (a) of the Lanham Act (15 U.S.C. §1125(a)), which prohibits the use in commerce in connection with the sale of goods or rendering of any services of any word, term, name, symbol, or device, or any combination thereof which is likely to cause confusion, or to cause mistake, or to deceive as to the source of the goods or services.

11

57.     As a direct and proximate result of the willful and wanton conduct of the Defendant, Plaintiff has been injured and will continue to suffer irreparable injury to its business and reputation unless Defendant is restrained by the Court from infringing the Plaintiff's Trade Dress.

58.     Plaintiff has no adequate remedy at law and is entitled to injunctive relief pursuant to 15 U.S.C. §1116(d).

59.     Plaintiff is entitled to recover its actual damages and Defendant profits pursuant to 15 U.S.C. §l117(a); damages and attorneys' fees and costs pursuant to 15 U.S.C. (a) and (b) seizure of all infringing goods pursuant to 15 U. S. C. §1116(d); and impoundment and destruction of all infringing goods pursuant to 15 U. S. C. §1118.

## COUNT II

## FALSE DESIGNATION OF ORIGIN

### (15 U.S.C. §1125(a) )

60.     Plaintiff repeats and re-alleges the allegations in preceding paragraphs as if set forth fully herein.

61.     The Talking Bottle Opener is nonfunctional and its inherently distinctive quality has achieved a high degree of consumer recognition and serves to identify Plaintiff as the source of these exact goods.

62.     The Defendant's promotion, advertising, distribution, sale and/or offering for sale identical talking bottle openers is intended, and is likely to confuse, mislead, or deceive consumers, the public, and the trade as to the origin, source, sponsorship, or affiliation of said products, and is intended, and is likely to cause such parties to believe in error that Defendant's Products have been authorized, sponsored, approved, endorsed or licensed by Plaintiff, or that Defendant is in some way affiliated with Plaintiff.

63.     Defendant's use of Plaintiff's Trade Dress is without Plaintiff's permission or authority and is in total disregard of Plaintiff's trade dress rights.

64.     Defendant's acts have damaged and will continue to damage Plaintiff, and Plaintiff has no adequate remedy at law.

65.     In light of the foregoing, Plaintiff is entitled to injunctive relief prohibiting Defendant's from using Plaintiff's Trade Dress, or any Trade Dress confusingly similar thereto, and to recover all damages, including attorney's fees, that Plaintiff has sustained and will sustain, and all gains, profits and advantages obtained by Defendant as a result of their infringing acts alleged above in an amount not yet known, as well as costs of this action.

## COUNT III
## UNFAIR COMPETITION IN VIOLATION OF NEW JERSEY LAW
## (N.J. Stat. §56:4-1)

66.     Plaintiff repeats and re-alleges the allegations in the preceding paragraphs as if set forth fully herein.

67.     The above described use by Defendant of trade dress and references confusingly similar to Plaintiff's Trade Dress and Defendant's other conduct set out above falsely suggests an associate with, sponsorship by, licensing by or authorization by Plaintiff.

68.     Upon information and belief, the above described use by Defendant of trade dress, confusingly similar to Plaintiff's Trade Dress for a line of products similar to those sold and/or licensed by Plaintiff, and its other conduct set out above, was calculated to deceive or confuse the public and to profit unjustly from the goodwill and reputation of Plaintiff.

69.     The wrongful conduct alleged herein constitutes unlawful, unfair and/or misappropriation under the New Jersey Trade-marks and Unfair Trade Practices Act. *N.J.SA.* 56:4-1.

70.     Plaintiff alleges upon information and belief that Defendant undertook the acts alleged above willfully, for the purpose of enriching itself to Plaintiff's detriment.

71.     Plaintiff is entitled to actual, indirect, and/or trebled damages as a direct and proximate result of Defendant's unlawful and/or unfair business acts or practices pursuant to N.J.S.A. 56:4-2.

72.     Defendant threatens to continue to do the acts complained of herein, and unless restrained and enjoined, will continue to do so, to Plaintiff's irreparable harm and detriment. It would be difficult to ascertain the amount of compensation that could afford Plaintiff relief for such continuing acts, and multiplicity of judicial proceedings would be required. Plaintiff's remedy at law is not adequate to compensate for its injuries threatened.

## COUNT IV

## COMMON LAW UNFAIR COMPETITION

73.     Plaintiff repeats and re-alleges the allegations in the preceding paragraphs as if set forth fully herein.

74.     The above described use by Defendant of trade dress and references confusingly similar to the Plaintiff's Trade Dress and Defendant's other conduct set forth above falsely suggests an association with, sponsorship by, licensing by or authorization by Plaintiff, thus creating a likelihood of confusion among the relevant consuming public.

75.     Upon information and belief, Defendant's unprivileged imitation of the physical appearance of Trade Dress, and its other conduct as set out above, was calculated to deceive or confuse the public and to profit unjustly from the goodwill and reputation of Plaintiff. Defendant's actions constitute unfair competition with Plaintiff under the laws of the State of New Jersey.

76.     As a direct and proximate result of the willful and wanton conduct of the Defendant, Plaintiff has been injured and will continue to suffer irreparable injury to its business and reputation unless Defendant is restrained by the Court from unfairly competing with Plaintiff.

77.     Plaintiff has no adequate remedy at law.

## PRAYER FOR RELIEF

**WHEREFORE,** Plaintiff requests the following judgment against Defendant:

1.     Preliminarily, during the pendency of this action, and permanently after final hearing, enjoining Defendant from:

       a.     Making any unauthorized use of Plaintiff's Trade Dress and/or Plaintiff's Pen Patent, or any reproduction, counterfeit, copy or colorable imitation thereof, in connection with the sale of any goods or rendering of any services;

       b.     Manufacturing, distributing, advertising, marketing, promoting, offering for sale, or selling any goods, promotional materials and the like bearing a reproduction, counterfeit, copy or colorable imitation of Plaintiff's Products and trade dress and/or patent rights rights thereto;

       c.     Using any trade dress that may be calculated to falsely represent, or that has the effect of falsely representing, that the services or products of Defendant are sponsored by, originate with, or are in any way approved by Plaintiff.

       d.     Falsely representing itself or its goods or services as affiliated, connected or associated with Plaintiff.

       e.     Assisting, aiding, or abetting any other person or entity from engaging in any of the acts set forth in (a) through (e) above;

2.     Requiring Defendant to pay Plaintiff damages sustained as a result of the infringement to Plaintiff's Trade Dress and acts of unfair competition, pursuant to 15 U.S. C. §1117 (a) and common law, in no event less than $1,000,000.

3.      Requiring Defendant to pay Plaintiff damages in accordance with 35 U.S.C. §284, including actual damages, and in no event less than a reasonable royalty.

4.      Requiring Defendant to pay an award of treble the amount of damages found and assessed under 35 U.S.C. §284.

5.      Requiring Defendant to pay the "total profit" Defendant have made pursuant to 35 U.S.C. §289.

6.      Requiring Defendant to account for and pay over to Plaintiff all gains, profits and advantages derived by it from its respective trade dress infringement, and unfair competition, pursuant to 15 U.S.C. §1117(a) and common law.

7.      Ordering Defendant to pay as damages for its conduct alleged herein a sum equal to three times the amount of the actual damages suffered by Plaintiff.

8.      Ordering Defendant to pay an appropriate amount as punitive damages to deter willful and wanton conduct such as theirs and to avoid future confusion or deception of the public and unfair competition with Plaintiff.

9.      Ordering Defendant to pay for corrective advertising in each and every publication in which it advertised any of the Infringing Products and any other goods that infringe Plaintiff's Trade Dress, such corrective advertisements to be of comparable size as such prior advertising.

10.     Ordering Defendant to sequester, forfeit and deliver up for destruction, all Infringing Products and components thereof in its possession or control, or in the possession or control of any of its agents, and any and all other goods that infringe Plaintiff's Trade Dress, pursuant to 15 U.S.C. §§ 1116 and 1118.

11.     Directing that Defendant deliver up for destruction, all catalogues, advertising and promotional materials in its possession, custody or control or in the possession, custody or control of any of its agents that feature any of the Infringing Products and any other goods that infringe Plaintiff's Trade Dress, or that the Court shall find to have facilitated Defendant's acts of unfair competition with Plaintiff, pursuant to 15 U.S.C. §§ 1116 and 1118.

12.     Declaring this case to be an exceptional case within the meaning of 15 U.S. C. §1117.

13.     Awarding Plaintiff its costs and attorneys' fees incurred in this action pursuant to 15 U.S.C. §1117 (a) and/or 35 U.S.C. §285; and

14.     For such other and further relief as the Court deems just, equitable and proper.

## JURY DEMAND

Plaintiff demands a trial by jury on all claims for relief alleged herein on which Plaintiff has a right to trial by jury.

Dated: September 4, 2018

**LAW OFFICES OF BRADLEY S. ROTHSCHILD, LLC**

/s/ *Bradley S. Rothschild*
By: Bradley S. Rothschild, Esq.
(BR9628)
One University Plaza, Suite 408
Hackensack, New Jersey 07601
Tel:   (845) 287-0011
Fax:   (845) 684-0036
E-mail: brad@rothschildesq.com
Attorneys for Plaintiff
Michael Cram d/b/a Pacific Productions

## **L. CIV.R. 11.2 CERTIFICATION**

Plaintiff is not aware of any other action, or any pending arbitration or administrative proceeding relating to the matter in controversy.


___ /s/ *Bradley S. Rothschild*_____
Bradley S. Rothschild, Esq.

Exhibit A





# Exhibit B

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | ISSUE DATE | PATENT NO. | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 29/256,356 | 10/23/2007 | D553678 | 401.06-2.2 | 8787 |

25675        7590        10/03/2007
LAW OFFICE OF POLLY L. OLIVER
3134 Parkside Circle NE
Tacoma, WA 98422



RECEIVED
OCT 1 2 2007
BY: *Ro*

## ISSUE NOTIFICATION

The projected patent number and issue date are specified above.

### Determination of Patent Term Extension or Adjustment under 35 U.S.C. 154 (b)

Design patents have a term measured from the issue date of the patent and the term remains the same length regardless of the time that the application for the design patent was pending. Since the above-identified application is an application for a design patent, the patent is not eligible for Patent Term Extension or Adjustment under 35 U.S.C. 154(b).

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (571)-272-7702. Questions relating to issue and publication fee payments should be directed to the Customer Service Center of the Office of Patent Publication at (571)-272-4200.

APPLICANT(s) (Please see PAIR WEB site http://pair.uspto.gov for additional applicants):

Michael S. Cram, Poulsbo, WA;

IR103 (Rev. 11/05)



*FIG.2*          *FIG.3*





## $11.99
Only 6 left!

Sold & shipped by TeamStores   Return policy

Quantity:  1 ▾          **Add to Cart**

Add to List                    Add to Registry

 **$4.99 SHIPPING**
Arrives by Wednesday, Jan 31
Or get it by Jan 25 with faster shipping options
Ship to **92260**
See shipping options

Choose a store Free pickup not available from this seller

US00D553678S

(12) **United States Design Patent** (10) Patent No.: **US D553,678 S**
Cram                                (45) Date of Patent: ** **Oct. 23, 2007**

(54) **WRITING PEN**

(76) Inventor: **Michael S. Cram**, 26285 Twelve Trees La., P.O. Box 2110, Poulsbo, WA (US) 98370

(**) Term: **14 Years**

(21) Appl. No.: **29/256,356**

(22) Filed: **Mar. 17, 2006**

(51) LOC (8) Cl. .................................................. **19-06**
(52) U.S. Cl. ....................................................... **D19/46**
(58) **Field of Classification Search** ................. D19/35. D19/36, 41–51; 24/11 R, 11 F, 11 P; 401/52. 401/99, 100, 104, 105, 106, 107, 108, 109. 401/192, 195, 196
      See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D80,362 | S | * | 1/1930 | Cuthbert ..................... D19/51 |
| 4,384,799 | A | * | 5/1983 | Shklovsky ................. 401/195 |
| 4,541,630 | A | * | 9/1985 | Dirks ..................... 273/144 B |
| 5,251,112 | A | | 10/1993 | Chen |
| 5,313,557 | A | | 5/1994 | Osterhout |
| D409,241 | S | | 5/1999 | Melnick |

| | | | | |
|---|---|---|---|---|
| D409,656 | S | | 5/1999 | Melnick |
| D410,029 | S | | 5/1999 | Melnick |
| 5,967,686 | A | | 10/1999 | Melnick |
| D445,454 | S | * | 7/2001 | Martens et al. .............. D19/51 |
| 6,261,018 | B1 | | 7/2001 | Chen |
| D448,804 | S | * | 10/2001 | Izushima ..................... D19/51 |
| 6,604,880 | B1 | | 8.2003 | Huang et al. |
| 6,729,785 | B2 | * | 5/2004 | Wijerama ..................... 401/17 |
| D539,343 | S | * | 3/2007 | Qiu ....................... D19/36 |

* cited by examiner

*Primary Examiner*—Elizabeth A. Albert
(74) *Attorney, Agent, or Firm*—Polly L. Oliver

(57) **CLAIM**

I claim the ornamental design for a writing pen, as shown and described.

**DESCRIPTION**

FIG. 1 is a perspective view of the writing pen showing my new design;

FIG. 2 is a front view thereof; and,

FIG. 3 is a left side view thereof; the right side view is understood to be a mirror image of the left side and is therefore not shown.

**1 Claim, 2 Drawing Sheets**



CRAM, MICHAEL S.

ATTY DKT #401.06-2.2

2/2



**FIG.2**          **FIG.3**

# Exhibit C

*Walmart*.com

≡ Departments     All ▾     musical bottle opener     ✕   🔍     🛒 Reorder Items     👤 Barbara     🛒 Cart

**FREE Grocery Pickup**     📄 Pickup Today   🛒 Grocery Pickup   📰 Weekly Ads   🎁 Gift Cards ▾   💳 Credit Card   📍 Store Finder ▾   📦 Track Order   ⓘ Help

Showing 1-20 of 22,249 results     Refine     Price ▾     Top brands ▾     Store availability ▾          Sort   Best match ▾

**Departments**
- Home
  - Bar & Wine Accessories
  - See all Home ▾
- Sports & Outdoors
  - Kitchen & Dining Fan Shop
  - See all Sports & Outdoo... ▾

See all Departments ▾

**Shipping & Pickup** ︿
- ○ Show all
- ● **2-DAY SHIPPING**
- ○ SHIP TO HOME
- ○ FREE PICKUP **+ DISCOUNT**
- ○ FREE PICKUP
- ○ FREE PICKUP TODAY

**Category**
- ☐ Cookware Sets
- ☐ Dinnerware Sets
- ☐ Blenders
- ☐ Countertop Microwaves

See more categories ▾

Washington Huskies Fight Song **Musical Bottle Opener**
$10.99

Washington Huskies Fight Song Music
Opener

Sold & Shipped by TeamStores
FREE SHIPPING

Oklahoma State Cowboys Fight Song **Musical Bottle Opener**
$11.99

Oklahoma State Cowboys Fight Song
Bottle Opener

Sold & Shipped by TeamStores

Nebraska Cornhuskers Fight Song **Musical Bottle Opener**
$11.99

Nebraska Cornhuskers Fight Song Mu
Bottle Opener

Sold & Shipped by TeamStores

**Musical note bottle opener** favors pack of 20
$51.33

Musical note bottle opener favors pack
Sold & Shipped by ADVENTURER'S
FREE SHIPPING

**Musical** Note **Bottle Opener**
$6.49

- One **bottle opener.**
- Music note **opener** is approximately
- **Musical** note bar accessory with att jewels.
- Music note is made of metal.
- No wrapping necessary.

Sold & Shipped by Century Novelty
FREE SHIPPING



**Musical note bottle opener** favors pack of 40
$81.07



Musical note **bottle opener** favors pack

Sold & Shipped by ADVENTURER'S
FREE SHIPPING



Musical note **bottle opener** favors pack of 24
**$56.84**

Musical note **bottle opener** favors pack

Sold & Shipped by ADVENTURER'S
FREE SHIPPING



Trombone **Musical** Instrument Music Brass Green Keychain **Bottle Bottle**cap **Opener**
**$9.77**

- This keyring is the perfect fusion of functionality and personality
- Chrome-plated metal keychain feat working bottlecap **opener** on the oppo

FREE SHIPPING on orders $35+
FREE PICKUP



Colorado Buffaloes Gold **Musical Bottle Opener**
**$112.33**

Features :
- **Bottle Opener**
- If you would like these personalized branded, please contact sales@dynagi
- Officially Licensed Collegiate Produ

Sold & Shipped by Growkart
FREE SHIPPING



Musical note **bottle opener** favors pack of 60
**$111.51**

Musical note **bottle opener** favors pack

Sold & Shipped by ADVENTURER'S
FREE SHIPPING



Musical note **bottle opener** favors pack of 30
**$67.45**

Musical note **bottle opener** favors pack

Sold & Shipped by ADVENTURER'S
FREE SHIPPING



Musical note **bottle opener** favors pack of 19
**$49.95**

Musical note **bottle opener** favors pack

Sold & Shipped by ADVENTURER'S
FREE SHIPPING





$11.99



**$11.99**

Utah Utes Musical Pen

Sold & Shipped by TeamStores



**$10.79**

San Diego State Aztecs Small Sticker Sheet - 2 Sheets

Sold & Shipped by TeamStores



**$19.95**

Auburn Tigers Sticky Note Memo Cube - 550 Sheets

Sold & Shipped by TeamStores



**$10.79**

Rutgers Scarlet Knights Small Sticker Sheet - 2 Sheets

Sold & Shipped by TeamStores



**$11.95**

Colorado Buffaloes Post-it Note Cube - Team Color

Sold & Shipped by Campus Colors



**$13.99**

Washington State Cougars Sticky Note Memo Cube - 550 Sheets

Sold & Shipped by TeamStores

THE FANATIC Group MUSICAL Bottle Openers

Google    the fanatic group musical bottle opener

All    Shopping    Videos    Images    News    More        Settings    Tools        View saved    SafeSearch

Sponsored



$18.08
eBay



$19.22
eBay



$11.99
eBay



$9.99
Teamstores



$21.34
amazingodyssey.com



>

View all












University of Georgia Mu
eFollett - 467 × 467 - Search by image

The Fanatic Group University of Georgia
Product: University of Georgia Musical B

Visit    View image    Save

Related images:






Images may be subject to copyright. - Get help
















 ENTERTAINMENT EARTH.

*Bring Hollywood Home!*™

New Website Coming Soon - **Try Our Beta Site** Now!

  

CONTACT US

Order by Phone:
1-800-370-2320

Monday - Friday:
7:00am - 6:00pm
Pacific Time

Client Services:
1-818-255-0095
Fax: 1-818-255-0091

E-mail:
cs@entertainmentearth.com

Product specifications,
prices, ship dates and
availability are subject to
change without notice.

## Entertainment Earth Item Archive - For Informational Purposes Only

**PLEASE NOTE:** Items in the archive are **SOLD OUT**. They are **NOT FOR SALE**. We do not expect any further shipments of these items and are keeping them on our website for informational purposes only.

Browse the archive

**Pacific Direct** | Colleges / Universities | Office

### USC (University of Southern California) Musical Pen



*(handwritten)* PACIFIC DIRECT MUSICAL PEN

**Sold Out** - For Informational Purposes Only

This item is **NOT FOR SALE**. We do not expect any further shipments of this item and are keeping it on our website for informational purposes only.

> **Shopping for Pacific Direct Colleges / Universities Office items? Buy them at Entertainment Earth.**
>
> Buy similar items at the Sports Shop at Entertainment Earth
>
> Buy other Action Figures, Toys, Collectibles and Gifts at Entertainment Earth

**USC (University of Southern California) Musical Pen Description:**
Go Trojans! Advertise your USC allegiance with this University of Southern California musical pen. Play the Trojan fight song any time you like... to annoy UCLA or Notre Dame supporters and any other non-believers in your vicinity! The top-quality, retractable ballpoint pen with rubber grip is easily refillable and comes with batteries included. Don't go to the big game without it!

Top of Page

Order by Phone: 1-800-370-2320 | M - F 7:00am - 6:00pm PST

**Where's My Stuff?**
· Check your Order Status

**Shipping & Returns**
· See our Shipping Rates & Methods
· See our Return Policy

**Customer Service**
· Forgot your password?
· Visit our Help Center / FAQ

Client Services: 1-818-255-0095 | FAX: 1-818-255-0091 | E-mail: cs@entertainmentearth.com

About Us | Privacy & Security | Employment | Testimonials | Item Archive | Affiliates | EE Distribution - Wholesale | Contact Us

Copyright 1996-2018 Entertainment Earth, Inc. All Rights Reserved. Terms of Use.

*Pacific Direct Talking Bottle Opener*

  Shop by category

Search for anything | All Categories ▾ | Search

eBay   Sports Mem, Cards & Fan Shop   Fan Apparel & Souvenirs   College-NCAA          Share

# NC State Talking Bottle Opener N C Band Playing the Fight Song



## $14.95
+ $2.95 Shipping

| Buy It Now |
| Add to cart |

### or Best Offer

Get it by **Wednesday, Jan 31** from Bonney Lake, Washington

- **New** condition
- Returns accepted - 60 days money back

*"Talking Bottle Opener Nc State Playing the Fight Song.*
Read full description

See details >

| Make Offer |
| Watch |

Sold by
v_g_p (5745)
100.0% Positive feedback

---

## Similar Items



Notre Dame Talking Bottle Opener N D



ASU Talking Bottle Opener Arizona



FSU Talking Bottle Opener Florida State

TED Talking Bottle Opener



(/)

LOGIN   REGISTER   MY CART

0

| College | NFL | MLB | MLS | NHL | NBA | Local | | |
|---|---|---|---|---|---|---|---|---|
| (/college) | (/nfl) | (/mlb) | (/mls) | (/nhl) | (/nba) | (/local) | | |

FIND A STORE

 

Blues Only

HOME (/)  /  NHL (/NHL)  /  WESTERN CONFERENCE (/NHL/W)  /  ST LOUIS BLUES (/NHL/W/ST-LOUIS-BLUES)  /  ST LOUIS BLUES MUSICAL BOTTLE OPENER

Go Back (/nhl/w/st-louis-blues/i/drinkware)



St Louis Blues Musical Bottle Opener

$9.99

SIZE : NA

NA (/St-Louis-Blues-Musical-Bottle-Opener-21230184?custcol_hardline_sizes=NA)

QUANTITY

1

**ADD TO CART**

ITEM: #21230184

**Shipping Notes:**
- In Stock - Ships Immediately

R   **Pick Up in Store Today** ⓘ (/faq#InStorePickup)
Find Local Store

#### Product Details

Open a bottle with STL Blues pride with this St Louis Blues Bottle Opener. This Bottle Opener features a team logo and plays team themed music. This Bottle Opener is a must-have for any Blues fan's bar. Long Live the Note!

WRITE A REVIEW (St-Louis-Blues-Musical-Bottle-Opener-21230184/reviews/new)

Members of the Central Division of the National Hockey League (NHL), the St. Louis Blues were named after the famous W. C. Handy song 'Saint Louis Blues.' Playing out of the Scottrade Center, the STL Blues are the oldest NHL team never to have won the Stanley Cup. Heading to the rink, make sure to pay attention to the long-standing tradition of live organ music before the game, between periods and after goals. Don't go to a game without showing your colors; swing by one of the 5 Rally House St. Louis locations for all your Blues **apparel (/nhl/w/st-louis-blues/type/apparel)** and **accessories (/nhl/w/st-louis-blues/type/accessories)**. With great brands such as Reebok, Adidas, New Era and Retro Brand, Rally House has the largest selection of gameday gear. As a Rally House shopper, you have access to discounts, ticket giveaways, and local player appearances when signing up for Rally Rewards. While we pride ourselves on outstanding customer service, we also take pride in our teams; just like you. LET'S GO BLUES!

#### St Louis Blues Drinkware (/nhl/w/st-louis-blues/i/drinkware)

#### St Louis Blues (/nhl/w/st-louis-blues/type)

**RELATED ITEMS**



(/St-Louis-Blues-Vinyl-Coverd-Bottle-Opener-10168822)
St Louis Blues Vinyl Coverd Bottle Opener (/St-Louis-Blues-Vinyl-Coverd-Bottle-Opener-10168822)
$7.99



(/St-Louis-Blues-Satin-Etch-16oz-Stein-10160325)
St Louis Blues Satin Etch 16oz Stein (/St-Louis-Blues-Satin-Etch-16oz-Stein-10160325)
$14.99

(/St-Louis-Blues-Double-Walled-22oz-Straw-Tumbler-10160323)



Colorado Rockies Musical Bottle Opener

**Your Price: $9.99**

Quantity 1

Add To Cart





 **ENTERTAINMENT EARTH.**
*Bring Hollywood Home!™*

New Website Coming Soon - **Try Our Beta Site** Now!

  

**CONTACT US**

Order by Phone:
1-800-370-2320

Monday - Friday:
7:00am - 6:00pm
Pacific Time

Client Services:
1-818-255-0095
Fax: 1-818-255-0091

E-mail:
cs@entertainmentearth.com

Product specifications,
prices, ship dates and
availability are subject to
change without notice.

## Entertainment Earth Item Archive - For Informational Purposes Only

**PLEASE NOTE:** Items in the archive are **SOLD OUT**. They are **NOT FOR SALE**. We do not expect any further shipments of these items and are keeping them on our website for informational purposes only.

Browse the archive

**Pacific Direct** | **Colleges / Universities** | **Office**

## Ohio State Musical Pen



**Sold Out** - For Informational Purposes Only

This item is **NOT FOR SALE**. We do not expect any further shipments of this item and are keeping it on our website for informational purposes only.

---

***Shopping for Pacific Direct Colleges / Universities Office items? Buy them at Entertainment Earth.***

Buy similar items at the Sports Shop at Entertainment Earth

Buy other Action Figures, Toys, Collectibles and Gifts at Entertainment Earth

---

**Ohio State Musical Pen Description:**
Buckeye fans will love this Ohio State musical pen. Hear the college fight song and annoy all those Wolverine fans! The retractable ballpoint pen with rubber grip is easily refillable and comes with batteries included.Buckeye fans will love this Ohio State musical pen. Hear the college fight song and annoy all those Wolverine fans! The retractable ballpoint pen with rubber grip is easily refillable and comes with batteries included.

Top of Page

Order by Phone: 1-800-370-2320 | M - F 7:00am - 6:00pm PST

**Where's My Stuff?**
- Check your Order Status

**Shipping & Returns**
- See our Shipping Rates & Methods
- See our Return Policy

**Customer Service**
- Forgot your password?
- Visit our Help Center / FAQ

Client Services: 1-818-255-0095 | FAX: 1-818-255-0091 | E-mail: cs@entertainmentearth.com

About Us | Privacy & Security | Employment | Testimonials | Item Archive | Affiliates | EE Distribution - Wholesale | Contact Us

Copyright 1996-2018 Entertainment Earth, Inc. All Rights Reserved. Terms of Use.

Google    pacific direct musical pen    🔍

All    Images    Maps    Shopping    More    Settings

Your location: Rancho Mirage, CA    SORT BY: DEFAULT    MY SHORTLIST (0)

Sponsored

**Show only**

New items    ☐

**Price**

Up to $10    ○
$10 – $20    ○
$20 – $40    ○
Over $40    ○

$ _____ to
$ _____
GO

**Category**

Pens    ○
Tabletop Games & E...    ○

**Seller**

eBay - sportshack1971    ☐
Fan Shop Pro    ☐
Goal Performer    ☐
Teamstores    ☐
Walmart - TeamStores    ☐
MORE

### Michigan State Spartans Musical Pen

**$9.99** from Teamstores  91% positive (169)

Hear the college fight song at the press of a button. Features retractable ballpoint, rubber grip and refillable ink reservoir ...

Ballpoint

### Arkansas Razorbacks Musical Pen

**$11.99** from 5+ stores

Hear the college fight song at the press of a button. Features retractable ballpoint, rubber grip and refillable ink reservoir ...

Ballpoint

Other team options:  Arizona Wildcats ($10)  Auburn Tigers ($10)

### Mississippi Ole Miss Rebels Musical Pen

**$11.99** from 3 stores

Hear the college fight song at the press of a button. Features retractable ballpoint, rubber grip and refillable ink reservoir ...

Ballpoint



### Pacific Direct Indiana University Musical Pen

from **Goal Performer**

Ballpoint

Hear the college fight song at the press of a button. Features retractable ballpoint, rubber grip and refillable ink reservoir. Batteries included!

Other options ▾

**$39.90**

+$3.49 tax. Free shipping
Goal Performer
21% positive (247)

Shop





# Texas Tech Red Raiders Musical Pen

<u>Home</u> <u>View cart</u>



**Texas Tech Red Raiders Musical Pen**

Product Code: TT-035

Our Price: $9.99

Availability: Usually Ships in 24-48 Hours

Description

Hear the college fight song at the press of a button. Features retractable ballpoint, rubber grip and refillable ink reservoir. Batteries included!