Not for Publication

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MICHAEL CRAM,

*Plaintiff,*

v.

THE FANATIC GROUP, INC.,

*Defendant.*

Civil Action No. 18-13531

**ORDER**

**John Michael Vazquez, U.S.D.J.**

This matter comes before the Court on the January 9, 2020 Report and Recommendation (the "R&R") of Magistrate Judge Steven C. Mannion. D.E. 36. The R&R addressed Defendant's motion to enforce settlement, D.E. 30, and recommends that this Court grant the motion; and it

**APPEARING** that the parties were advised as to the dates that any objections to this R&R were to be served and filed. *See* R&R at 7-8; and it

**APPEARING** that no objections to the R&R have been received and the time for filing any objections has expired; and it

**APPEARING** that "where no objections are made in regard to a report or parts thereof, the district court will adopt the report and accept the recommendation if it is 'satisf[ied] . . . that there is no clear error on the face of the record.'" *Sportscare of Am., P.C. v. Multiplan, Inc.*, No. 10-4414, 2011 WL 500195, at *1 (D.N.J. Feb. 10, 2011) (quoting Fed. R. Civ. P. 72 Advisory Committee's Notes); and it

**APPEARING** that this Court independently reviewed the record and the R&R, this Court found no clear error on the face of the record, and this Court hereby adopts it as the Opinion of this Court;

**THEREFORE**, for the foregoing reasons, and for good cause shown,

**IT IS** on this 3rd day of February, 2020,

**ORDERED** that the Court adopts the Report and Recommendation, D.E. 36, in its entirety, and Defendant's motion to enforce settlement, D.E. 30, is **Granted**; and it is further

**ORDERED** that the Clerk's Office shall close this matter.

_____
John Michael Vazquez, U.S.D.J.